# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JT LEGAL GROUP, APC, et al.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FERNANDO VEGA, et al.,<br><br>　　　　Defendants. | Case No.　2:19-cv-10361-ODW-PLA<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>Before: Hon. Paul L. Abrams<br>Courtroom: 780 [Roybal]<br><br>Complaint Filed: Dec. 3, 2019<br>Trial: June 1, 2021 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: August 4, 2020

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE