# United States District Court
# Central District of California

| | |
|---|---|
| JT LEGAL GROUP, APC, | Case No. 2:19-cv-10361-ODW (PLAx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KASHANI LAW, P.C., et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting in Part Defendants' Motion for Summary Judgment, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. Judgement is entered for Defendants on Plaintiff's claim for violation of the Stored Communications Act;
2. Plaintiff shall take nothing by way of its Stored Communications Act claim;
3. The Court **REMANDS** this action to the Superior Court of California, County of Los Angeles, Stanley Mosk Courthouse, 111 N. Hill Street, Los Angeles, California 90012, Case Number 19STCV43351.
4. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

June 30, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**